IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MCCAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-00123 |
| ) | Judge Trauger |
| BRYAN FITZGERALD d/b/a MARATHON, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On June 3, 2025, the Magistrate Judge issued a Report and Recommendation (Doc No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge